**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Bewersdorff et al**
Plaintiffs

CIVIL ACTION

V.

NO. **1:26-cv-10167-RGS**

**Noem et al**
Defendants

**ORDER OF DISMISSAL**

Stearns, D. J.

In accordance with the Court's Order entered November 17, 2026 [Doc. No. 28] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

11/17/2026
Date

/s/ Jacqueline Martin
Deputy Clerk